IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-00103-01-CR-W-DGK |
| | ) | |
| MICHAEL KELLY MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The Defendant appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(j)(27), and 28 U.S.C. § 636, waived indictment and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(C) to Count One of the Information. I determined that the guilty plea is knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript is available. I therefore recommend that the plea of guilty be conditionally accepted and that the Court defer a decision on the plea agreement until the Court has reviewed the presentence report as contemplated by Fed.R.Crim.P. 11(c)(3).

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

                                                 */s/ Sarah W. Hays*
                                                 SARAH W. HAYS
                                    UNITED STATES MAGISTRATE JUDGE